ACCEPTED
12-15-00074-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/20/2015 6:48:51 PM
CATHY LUSK
CLERK

| | |
|---|---|
| Appellate Docket Number: | 12-15-00074-CR |
| Appellate Case Style: Style: | Charles Blake DeFore |
| Vs. | State of Texas |

| | |
|---|---|
| Companion Case: | 12-15-00075-CR |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/20/2015 6:48:51 PM
CATHY S. LUSK
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Charles | ☒ Lead Attorney |
| Middle Name: Blake | First Name: Colin |
| Last Name: DeFore | Middle Name: Dean |
| Suffix: | Last Name: McFall |
| Appellant Incarcerated?  ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained            ☐ Public Defender |
| | Firm Name:  McFall Law Office |
| | Address 1:  513 North Church Street |
| | Address 2: |
| | City:  Palestine |
| | State:  Texas          Zip+4:  75801-2962 |
| | Telephone:  (903) 723-1923      ext. |
| | Fax:  (903) 723-0269 |
| | Email:  cmcfall@mcfall-law-office.com |
| | SBN:  24027498 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State

Middle Name: of

Last Name: Texas

Suffix:

Appellee Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Scott

Middle Name: Cecil

Last Name: Holden

Suffix:

☐ Appointed    ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: Anderson County Criminal District Attorney

Address 1: 500 North Church Street

Address 2:

City: Palestine

State: Texas    Zip+4: 75801

Telephone: (903) 723-7400    ext.

Fax: (903) 723-7818

Email: sholden@co.anderson.tx.us

SBN: 24036795

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: February 13, 2015

Offense charged: Manufacture or Delivery of a Controlled Subst

Date of offense:

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: March 16, 2015

If mailed to the trial court clerk, also give the date mailed:

Punishment assessed: 30 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: March 16, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA    If yes, date filed:

Date of hearing:    ☒ NA

Date of order:    ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 3rd Judicial District Court

County: Anderson County

Trial Court Docket Number (Cause no): 31070

Trial Court Judge (who tried or disposed of the case):

First Name: Bascom

Middle Name: W.

Last Name: Bentley

Suffix:

Address 1: 500 North Church Street

Address 2:

City: Palestine

State: Texas    Zip + 4: 75801

Telephone: (903) 723-7415   ext.

Fax: (903) 723-7803

Email: tteetz@co.anderson.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 16, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Mar 16, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☐ Official      ☐ Substitute

First Name: Nancy

Middle Name:

Last Name: Adams

Suffix:

Address 1: Post Office Box 1602

Address 2:

City: Jacksonville

State: Texas    Zip + 4: 75766

Telephone: (903) 586-5651   ext.

Fax:

Email: nadams5651@aol.com

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]                     Court: [                    ]

Style: [                    ]

    Vs.    State of Texas

## X. Signature

_Signature of counsel (or Pro Se Party)_

Colin D. McFall

Printed Name:

Electronic Signature: [                    ]
(Optional)

Date: April 20, 2015

State Bar No: 24027498

Name: Colin D. McFall

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 20, 2015 .

_Signature of counsel (or pro se party)_

Electronic Signature: [                    ]
(Optional)

State Bar No.: 24027498

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 20, 2015

Manner Served: Email

First Name: Scott

Middle Name: Cecil

Last Name: Holden

Suffix:

Law Firm Name: Anderson County Criminal District Attorney

Address 1: 500 North Church Street

Address 2:

City: Palestine

State Texas Zip+4: 75801

Telephone: 903-723-7400 ext.

Fax: (903) 723-7818

Email: sholden@co.anderson.tx.us